# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YECENIA CRISTELA PEREA,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:18-cv-01698-BAM<br><br>ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED<br><br>**RESPONSE DUE: October 7, 2019** |

On December 13, 2018, Plaintiff Yecenia Cristela Perea filed a complaint seeking review of the Commissioner of Social Security's denial of her social security benefits. (Doc. Nos. 1, 2.) On December 14, 2018, the Court entered a Scheduling Order in this action. (Doc. No. 4.) Pursuant to the Scheduling Order, Plaintiff is required to prosecute this action by either seeking voluntary remand or filing a dispositive motion within 95 days from the date of service of the administrative record. Plaintiff was warned that failure to comply may result in sanctions. *See* Local Rule 110.

A review of the docket reveals that the administrative record was filed and served on April 25, 2019. (Doc. No. 7.) Plaintiff's opening brief was therefore due no later than July 29, 2019. To date, Plaintiff has not filed her opening brief.

Accordingly, Plaintiff is HEREBY ORDERED to SHOW CAUSE why this action should not be dismissed for Plaintiff's failure to comply with the Court's Scheduling Order and

1

failure to prosecute this action.  Plaintiff shall file a written response to this order to show cause no later than **October 7, 2019.**  Plaintiff may also comply with this order by filing her opening brief.

**<u>Failure to respond to this order to show cause will result in the dismissal of this action for failure to comply with court orders and failure to prosecute.</u>**

IT IS SO ORDERED.

Dated: **September 30, 2019**              /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE